[No. 19843-2-I.   Division One.   August 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD L.
MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 86-1-00125-4, Walter J. Deierlein, Jr., J.,
entered January 9, 1987. *Affirmed* by unpublished opinion

per Scholfield, C.J., concurred in by Webster and Pekelis, JJ.